**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

IN RE:                                                                                  CASE NO.: 16-40333-KKS
**WILLIE JASPER CHANDLER**
**VICKEY DENISE CHANDLER**
                                                                                        CHAPTER 13

    Debtor.
_____/

**ORDER GRANTING CONSENT MOTION FOR CONTINUANCE OF**
**CONFIRMATION HEARING [D. E. 46]**

**THIS CAUSE** came before the Court upon Consent Motion for Continuance Of Confirmation Hearing [D E 46], the Court having reviewed the pleadings and being otherwise advised in the premises,

**ORDERS** that Debtor's Motion is granted. The hearing currently set for January 12, 2017 will be cancelled and reset to a date no sooner than 60 days from the original date of the hearing.

**DONE AND ORDERED** in Tallahassee, Florida this 21st day of December, 2016.

_____
Karen K. Specie
United States Bankruptcy Judge

Oreder prepared by; (Amended in Chambers)
Thomas B. Woodward, Esq.

Thomas B. Woodward is directed to serve a copy of this Order within three (3) days of entry on all interested parties and file a Certificate of Service thereto.